
Roman Martinez
Direct Dial: +1.202.637.3377
roman.martinez@lw.com

**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

February 28, 2025

**VIA CM/ECF**

Maureen W. Gornik
Acting Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re: *Home Depot U.S.A., Inc. v. NLRB*, Nos. 24-1406 & 24-1513

Dear Ms. Gornik:

I am counsel of record for Petitioner/Cross-Respondent Home Depot U.S.A., Inc. in the above-referenced appeals. I write to advise the Court of additional unavailability for oral argument. Given pre-existing professional and personal commitments, I am currently unavailable during the following sittings:

- March 17-21, 2025
- **April 14-18, 2025 (new)**

I currently remain available during any of the Court's other scheduled sittings. I appreciate the Court taking this availability into consideration when scheduling oral argument in these appeals.

Sincerely,

*/s/ Roman Martinez*
Roman Martinez
of LATHAM & WATKINS LLP

*Counsel for Petitioner/Cross-Respondent Home Depot U.S.A., Inc.*

cc: Counsel of Record